AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Maryland

BALTIMORE LASER SOLUTIONS, INC.

V.

SONA INTERNATIONAL CORP., et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: WDQ 06CV1390

TO: (Name and address of Defendant)

CAROUSEL CAPITAL, INC.
201 North Tryon Street, Suite 2450
Charlotte, NC 28202

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Sean P. Edwards
Semmes, Bowen & Semmes
250 W. Pratt Street, 16th Floor
Baltimore, MD 21201
(410) 539-5040

an answer to the complaint which is served on you with this summons, within 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon
CLERK

11/13/06
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 11/15/2006 |
| NAME OF SERVER *(PRINT)* Sean P. Edwards | TITLE Counsel for Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):

Service accepted on behalf of Defendant by Kiran H. Mehta, counsel for Defendant, via Federal Express per prior agreement

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11/15/2006
Date

*Signature of Server*

Semmes, Bowen & Semmes
*Address of Server*

**Semmes, Bowen & Semmes**
**250 W. Pratt Street**
**16th Floor**
**Baltimore, MD 21201**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## Edwards, Sean

**From:** TrackingUpdates@fedex.com
**Sent:** Tuesday, November 14, 2006 11:11 AM
**To:** Edwards, Sean
**Subject:** FedEx Shipment 799036517678 Delivered

---

This tracking update has been requested by:

Company Name: SEMMES, BOWEN & SEMMES

Name: Rositta Jones

E-mail: sedwards@semmes.com

---

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Tracking number: | 799036517678 |
| Reference: | 22705-1 SPE |
| Ship (P/U) date: | Nov 14, 2006 |
| Delivery date: | Nov 14, 2006 10:06 AM |
| Sign for by: | D.WATSON |
| Delivered to: | Mailroom |
| Service type: | FedEx Priority Overnight |
| Packaging type: | FedEx Pak |
| Number of pieces: | 1 |
| Weight: | 1.0 LB |

| Shipper Information | Recipient Information |
|---|---|
| Rositta Jones | KIRAN H. MEHTA, ESQUIRE |
| SEMMES, BOWEN & SEMMES | KENNEDY COVINGTON |
| 250 W. PRATT STREET | HEARST TOWER, 47TH FLOOR |
| BALTIMORE | 214 NORTH TRYON STREET |
| MD | CHARLOTTE |
| US | NC |
| 21201 | US |
| | 28202 |

Special handling/Services:
Deliver Weekday

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 10:10 AM CST on 11/14/2006.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above, or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to fedex.com.