IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND, NORTHERN DIVISION

BALTIMORE LASER SOLUTIONS, INC.,

Plaintiff,

v.

SONA INTERNATIONAL CORP. ET AL.,

Defendants.

CIVIL NO.: WDQ-06-1390

* * * * * * * * * * * * *

ORDER

For the reasons discussed in the accompanying Memorandum Opinion, it is, this 11th day of April, 2007, ORDERED that:

1. The Defendant's motion to dismiss (Paper No. 20) BE, and HEREBY IS, GRANTED;
2. The dismissal is without prejudice to the filing of a new action in the contractual forum; and
3. The Clerk of the Court shall send copies of this Memorandum Opinion and Order to counsel for the parties.

/s/
William D. Quarles, Jr.
United States District Judge